

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

John Vukelj
john.vukelj@dlapiper.com
T  212.335.4502
F  212.884.8702

March 22, 2017

*Via ECF*

Hon. Ann Marie Donio
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza
4th and Cooper Streets, Room 1050
Camden, NJ  08101

> Re:  *Sevenson Environmental Services, Inc. v. Gordon D. McDonald, et al.*
>  Civ. Action No. 08-CV-1386 (RMB-AMD)

Dear Judge Donio:

On behalf of defendant Diversified Royalty Corporation ("Diversified"), we write in accordance with the Court's letter filed on March 16, 2016 (Dkt. No. 374) directing that the parties advise of any objection to the latest revision to Plaintiff's Request for International Judicial Assistance (Letters Rogatory) (the "Request").  Consistent with Diversified's letters submitted on October 21, 2016 (Dkt. No. 363), December 12, 2016 (Dkt. No. 369) and February 6, 2017 (Dkt. No. 371), Diversified takes no position on the current form of the Request, including the additional revisions proposed by Plaintiff on March 21, 2017 (Dkt. No. 375).  Diversified, however, expressly preserves any objections available to it in any potential proceedings before a Canadian court as to the scope and enforceability of the Request.

Respectfully,

John Vukelj

cc: All parties via ECF