IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NEW
JERSEY CAMDEN VICINAGE

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GORDON D. MCDONALD, et al., <br><br> Defendants. | Civil No. 08-1386 (RMB/AMD) <br><br> **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |

This matter comes before the Court upon Magistrate Judge Donio's Report and Recommendation [Dkt No. 400] recommending that the Court grant Plaintiff's unopposed motion to strike Defendant GMEC, Inc.'s answer to the third amended complaint.

The parties were duly notified that objections to the Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(2) and Local Civil Rule 72.1(c)(2) were to be filed within 14 days. No objections or responses were filed.

The Court has given "reasoned consideration" to the Report and Recommendation pursuant to Equal Employment Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017)[1],

---

[1] Fed. R. Civ. P. 72(b)(3) provides that "[t]he district judge must determine de novo any part of a magistrate judge's disposition that has been properly objected to." The Rule is

and agrees with Magistrate Judge Donio's analysis and conclusion.

Accordingly,

**IT IS** on this  **27th**  day of **March 2018**, hereby:

**ORDERED** that the Report and Recommendation [Dkt No. 400] to strike Defendant GMEC, Inc.'s answer to the third amended complaint is **ACCEPTED**; the answer is **STRICKEN**.


                                    s/ Renée Marie Bumb
                                    _____
                                    RENÉE MARIE BUMB
                                    UNITED STATES DISTRICT JUDGE

---

silent as to what level of review must be afforded to a disposition that has not been objected to.  The Third Circuit has instructed that in such situations the district judge should conduct a "'reasoned consideration'" review.  City of Long Branch, 866 F.3d at 100 (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)).